UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                             Chapter 13

                                                                                Case No. 17-73820

        PATRICIA DECKERT,
                                                                     **AMENDED CHAPTER 13 PLAN**

                     Debtor(s).
------------------------------------------------------------X

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee, and the debtor(s) shall pay to the trustee, <u>inclusive of trustee fees</u>, for a total period of **60** months, the sum of:

**$1,400.00** commencing July, 2017 through and including June, 2022 for a period of **60** months.

2. From the payments so received, the trustee shall make disbursements as follows:
      <u>(a) Full payment in deferred cash payments of all claims entitled priority under 11 U.S.C. §507; including $2,500.00 legal fees.</u>
      <u>(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:</u>

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO, MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR(S).**

Seterus (1st Mortgage Loan No.: XXXX9739-363 Old Country Road, Melville, NY 11747) to be paid pre-petition payments in the amount of $56,090.62 plus 0% interest over the life of the plan.

Bank of America Home Loans (2nd Mortgage Loan No.: XXXX4099-363 Old Country Road, Melville, NY 11747) CURRENT

      (c) Subsequent <u>and/or concurrently</u> with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: PRO RATA distribution to all timely filed proofs of claim not less than 100%.

3. All lease agreements are hereby assumed, unless specifically rejected as follows: NONE

4. Miscellaneous Provisions: None

5. In addition, during the pendency of this case, if unsecured creditors are paid, pursuant to paragraph 2(c), <u>less than one hundred percent (100%)</u>, the debtor(s) shall provide the Trustee with signed copies of filed federal and state tax returns for each year no later than April 15th of the year following the tax period. Indicated tax refunds are to be paid to the Trustee upon receipt; however, no later than June 15th of the year in which the tax returns are filed.

Title to the debtor(s)' property shall revest in the debtor(s) upon completion of the plan, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,500. without written consent of the Chapter 13 Trustee or the Court.

Dated: 10-25, 2017

_____
PATRICIA DECKERT, Debtor

Dated: 10-25, 2017

_____
HEATH S. BERGER/GARY C. FISCHOFF
Attorney for Debtor(s)